AT-138, EJ-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| LAMB & MICHAEL, A Professional Corporation<br>Linda S. Leong #156406  William H. Michael #069192<br>1314 G Street, Modesto, CA 95354 | **FILED**<br>SEP - 4 2007<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY CLERK |
| TELEPHONE NO.: 209-578-4111   FAX NO.: 209-578-4969 | |
| ATTORNEY FOR (Name): Plaintiff | |

**LODGED**
AUG 13 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

NAME OF COURT: United States District Court- Eastern District
STREET ADDRESS: 501 I Street, Ste. 3-200
MAILING ADDRESS: Sacramento, CA 95814
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF: OHC Liquidation Trust, et al.
DEFENDANT: Brakebill & Sons Electric, et al.

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION | CASE NUMBER: |
|---|---|
| [✓] ENFORCEMENT OF JUDGMENT   [ ] ATTACHMENT (Third Person)<br>[✓] Judgment Debtor   [ ] Third Person | 07MC67MCE-KJM |

### ORDER TO APPEAR FOR EXAMINATION

1. TO (name): John G. Brakebill, Owner of Brakebill & Sons Electric
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [✓] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: October 12, 2007   Time: 9:00 a.m.   Dept. or Div.: 3   Rm.:
Address of court [✓] shown above [ ] is:

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):

Date: 9/4/07

_____
JUDGE OR REFEREE

This order must be served not less than 10 days before the date set for the examination.

**IMPORTANT NOTICES ON REVERSE**

### APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4. [✓] Judgment creditor  [ ] Assignee of record  [ ] Plaintiff who has a right to attach order
   applies for an order requiring (name): John G. Brakebill, Owner of Brakebill & Sons Electric  to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. [✓] the judgment debtor.
   b. [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is not the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 9, 2007

Linda S. Leong/William H. Michael                          _____
(TYPE OR PRINT NAME)                                       (SIGNATURE OF DECLARANT)

(Continued on reverse)

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>AT-138, EJ-125 [Rev. July 1, 2000] | APPLICATION AND ORDER<br>FOR APPEARANCE AND EXAMINATION<br>(Attachment—Enforcement of Judgment) | WEST GROUP<br>Official Publisher | Code of Civil Procedure,<br>§§ 491.110, 708.110, 708.120 |

UNITED STATES DISTRICT COURT- EASTERN DISTRICT

OHC Liquidation Trust vs. Brakebill & Sons Electric, et al.
Action No.

## DEMAND FOR PRODUCTION OF DOCUMENTS

YOU ARE HEREBY FURTHER REQUIRED to produce, at the time of the examination on the date and at the time specified in the foregoing order, the following:

**If you are a business:**

All financial records including, but not limited to, all bank account statements for the 12 months immediately preceding the date of examination, profit and loss statements, accounts receivable, inventory, and such other asset information as available.

**If you are an individual:**

All bank account statements, investment account information, payroll check stubs, for the 12 months immediately preceding the date of examination, and such other asset information as available.