LAW OFFICES
**Lamb & Michael**
A Professional Corporation
1314 G Street
Modesto, California 95354
(209) 578-4111

WILLIAM H. MICHAEL #069192
LINDA S. LEONG #156406

Attorneys for *Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OHC Liquidation Trust, et al.<br><br>                              Plaintiffs<br>Vs.<br>Brakebill & Sons Electric, et al.<br>                              Defendants. | NO.  07MC67MCE-KJM<br><br>APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION<br><br>ENFORCEMENT OF JUDGMENT |

ORDER TO APPEAR FOR EXAMINATION

**TO: JOHN G. BRAKEBILL**, OWNER OF BRAKEBILL & SONS ELECTRIC

YOU ARE **ORDERED TO APPEAR** personally before this court, or before a referee appointed by the Court, to furnish information to aid in enforcement of a money judgment against you.

Date:   **January 9, 2008** Time: 10:00 a.m.         Dept: 26

This Order may be served by a sheriff, marshal, registered process server, or the following specially appointed person: (None)

Date:   December 3, 2007.

_____
U.S. MAGISTRATE JUDGE

**Application Appears On Following Page**

**Application For Order & Examination of John G. Barkebill**

Judgment creditor applies for an order requiring John G. Brakebill, owner of Brakebill & Sons Electric to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.

The person to be examined is the judgment debtor.

The person to be examined resides of has a place of business in this county or within 150 miles of the place of examination.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:

Respectfully Submitted,

LAMB & MICHAEL
A Professional Corporation

/S/ LINDA S LEONG
By: _____
LINDA S. LEONG
Attorney for Plaintiff

**APPEARANCE OF JUDGMENT DEBTOR**

**NOTICE TO JUDGMENT DEBTOR If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.**