LAW OFFICES
**Lamb & Michael**
A Professional Corporation
1314 G Street
Modesto, California 95354
(209) 578-4111

*WILLIAM H. MICHAEL #069192*
*LINDA S. LEONG #156406*

Attorneys for *Plaintiff*

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OHC Liquidation Trust, et al. | NO. 07MC67MCE-KJM |
| Plaintiffs | APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION |
| Vs. | |
| Brakebill & Sons Electric, et al. | ENFORCEMENT OF JUDGMENT |
| Defendants. | |

ORDER TO APPEAR FOR EXAMINATION

**TO: JOHN G. BRAKEBILL**, OWNER OF BRAKEBILL & SONS ELECTRIC

YOU ARE **ORDERED TO APPEAR** personally before this court, or before a referee appointed by the Court, to furnish information to aid in enforcement of a money judgment against you.

Date: **January 23, 2008**    Time: 9:00 a.m.    **Dept: 26**

This Order may be served by a sheriff, marshal, registered process server, or the following specially appointed person: (None)

Date: January 4, 2008.

_____
U.S. MAGISTRATE JUDGE